| | |
|---|---|
| 1  McGREGOR W. SCOTT<br>   United States Attorney<br>2  CAMIL A. SKIPPER<br>   Assistant U.S. Attorney<br>3  501 I Street, Suite 10-100<br>   Sacramento, California 95814<br>4  Telephone: (916) 554-2709 | **FILED**<br>**OCT 0 9 2008**<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>       DEPUTY CLERK |

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   Case No. 08-MJ-339 GGH
                                    )
12              Plaintiff,          )
                                    )   **ORDER UNSEALING COMPLAINT**
13       v.                         )
                                    )
14 SARAT GUL NOSAR,                 )
                                    )
15              Defendant.          )
   _____)

16

17       IT IS HEREBY ORDERED that:

18       The complaint filed in the above-captioned matter be

19 UNSEALED.

20 DATED:  10/9/08

21                                  _____
                                    HON. KIMBERLY J. MUELLER
22                                  United States Magistrate Judge

1