1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DENNIS S. WAKS, BAR #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   SOMACHY KEO

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        ) CR.S. 08-512-JAM
11                                   )
                      Plaintiff,     ) STIPULATION AND ORDER
12                                   ) TO EXTEND TIME FOR STATUS
        v.                           ) CONFERENCE AND EXCLUDE TIME
13                                   )
   SARET NOSAR, et al.,             ) DATE:  June 9, 2009
14                                   ) Time:  9:30 a.m.
                      Defendant.     ) Judge: John A. Mendez
15 _____

16

17       Defendant SOMACHY KEO by and through his counsel, DENNIS S.

18 WAKS, Supervising Assistant Federal Defender, MICHAEL D. LONG,

19 attorney for SARET NOSAR, EDWARD M. ROBINSON, attorney for KANARY

20 KHIN, CLARENCE EMMETT MAHLE, attorney for PANG YEAN and the

21 United States Government, by and through its counsel, BENJAMIN B.

22 WAGNER, Assistant United States Attorney, hereby stipulate that

23 the status conference set for April 21, 2009 be rescheduled for a

24 status conference hearing on Tuesday, June 9, 2009 at 9:30 a.m.

25       This continuance is being requested because defense counsel

26 requires additional time to review discovery and to conduct

27 further investigation on this case.  The Cambodian Interpreter

28 will be available for court on June 9, 2009.

                                  1

1    Speedy trial time is to be excluded from the date of this

2  order through the date of the status conference hearing set for

3  June 9, 2009 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv),

4  [reasonable time to prepare] (Local Code T4).

5  DATED: April 16, 2009

6                                    Respectfully Submitted,

7                                    DANIEL J. BRODERICK
                                     Federal Defender

8
                                     /s/ Dennis S. Waks
9                                    Supervising Assistant
                                     Federal Defender
10                                   Attorney for Defendant
                                     SOMACHY KEO
11
   DATED:  April 16, 2009           /s/ Dennis S. Waks on behalf of
12                                   MICHAEL D. LONG
                                     Attorney for Defendant
13                                   SARET NOSAR

14 DATED:  April 16, 2009           /s/ Dennis S. Waks on behalf of
                                     EDWARD M. ROBINSON
15                                   Attorney for Defendant
                                     KANARY KHIN
16

17
   DATED:  April 16, 2009           /s/ Dennis S. Waks on behalf of
18                                   CLARENCE E. MAHLE
                                     Attorney for Defendant
19                                   PANG YEAN

20

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

2

1    DATED:    April 16, 2009          LAWRENCE G. BROWN
                                        Acting United States Attorney
2

3                                       /s/   Dennis S. Waks on behalf of
                                        BENJAMIN B. WAGNER
4                                       Assistant U.S. Attorney

5
     **SO ORDERED.**
6

7    Dated: April 16, 2009

8                                       /s/ John A. Mendez
                                        JOHN A. MENDEZ
9                                       United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28