DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SOMACHY KEO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.S. 08-512-JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO EXTEND TIME FOR CHANGE OF PLEA |
| v. ) | HEARING AND EXCLUDE TIME |
| ) | |
| SARET NOSAR, et al., ) | DATE: August 25, 2009 |
| ) | Time: 9:30 a.m. |
| Defendants. ) | Judge: John A. Mendez |

Defendant SOMACHY KEO by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, MICHAEL D. LONG, attorney for SARET NOSAR, EDWARD M. ROBINSON, attorney for KANARY KHIN, CLARENCE EMMETT MAHLE, attorney for PANG YEAN and the United States Government, by and through its counsel, BENJAMIN B. WAGNER and CAMIL A. SKIPPER, Assistant United States Attorneys, hereby stipulate that the status conference set for July 28, 2009 be rescheduled for a change of plea hearing on Tuesday, August 25, 2009 at 9:30 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, to conduct further investigation and to reach a disposition in this case.  The

Cambodian Interpreter will be available for court on August 25, 2009.

Speedy trial time is to be excluded from the date of this order through the date of the change of plea hearing set for August 25, 2009 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv), [reasonable time to prepare] (Local Code T4).

DATED: July 23, 2009

                                        Respectfully Submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Dennis S. Waks
                                        Supervising Assistant
                                        Federal Defender
                                        Attorney for Defendant
                                        SOMACHY KEO

DATED:  July 23, 2009             /s/ Dennis S. Waks on behalf of
                                        MICHAEL D. LONG
                                        Attorney for Defendant
                                        SARET NOSAR

DATED:  July 23, 2009            /s/ Dennis S. Waks on behalf of
                                        EDWARD M. ROBINSON
                                        Attorney for Defendant
                                        KANARY KHIN

DATED:  July 23, 2009             /s/ Dennis S. Waks on behalf of
                                        CLARENCE E. MAHLE
                                        Attorney for Defendant
                                        PANG YEAN

DATED:  July 23, 2009             LAWRENCE G. BROWN
                                        Acting United States Attorney

                                        /s/  Dennis S. Waks on behalf of
                                        BENJAMIN B. WAGNER
                                        CAMIL A. SKIPPER
                                        Assistant U.S. Attorneys

**SO ORDERED.**

Dated: July 23, 2009

                                        /s/ John A. Mendez
                                        JOHN A. MENDEZ
                                        United States District Court Judge