LAWRENCE G. BROWN
United States Attorney
BENJAMIN B. WAGNER
CAMIL A. SKIPPER
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2709

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-CR-00512-JAM |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER |
| | ) | OF FORFEITURE |
| v. | ) | |
| | ) | |
| SARET NOSAR, | ) | |
| SOMACHY KEO, | ) | |
| KANARY KHIN, | ) | |
| SEAN EANG, and | ) | |
| PANG YEAN, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Upon the application for preliminary order of forfeiture, the Court makes the following FINDINGS AND ORDERS:

1. As the result of the guilty pleas of Saret Nosar, Pang Yean, and Kanary Khin to Count One of the Indictment which charges them with conducting an illegal gambling business in violation of 18 U.S.C. § 1955(a), the defendants, and each of them, shall forfeit to the United States the following:

       a.    Approximately $33,952 in U.S. currency seized at the residence controlled by Saret Nosar at 911 New Depot Street, #12, Los Angeles, California, on October 8, 2008, plus any interest that may have accrued;

b. Approximately $100,000 seized in the form of cashiers check number 111778 of the 1st International Bank at the residence controlled by Saret Nosar at 911 New Depot Street, #12, Los Angeles, California, on October 8, 2008, plus any interest that may have accrued;

c. Approximately $3,000 seized in the form of cashiers check number 111777 of the 1st International Bank at the residence controlled by Saret Nosar at 911 New Depot Street, #12, Los Angeles, California, on October 8, 2008[1], plus any interest that may have accrued;

d. Approximately $2,279.49 in U.S. currency seized on Pang Yean's person in Modesto, California, on October 8, 2008, plus any interest that may have accrued;

e. Approximately $10,237 in U.S. currency seized at the residence of Pang Yean at 2040 Minoso Drive, Modesto, California, on October 8, 2008, plus any interest that may have accrued; and

f. Approximately $10,000 in U.S. currency seized at Kanary Khin's and Sean Eang's residence at 3834 Brayton Avenue, Long Beach, California, on October 8, 2008, plus any interest that may have accrued.

2. The Court finds, based upon the application for preliminary order of forfeiture, the guilty pleas and plea agreements of Saret Nosar, Pang Yean, and Kanary Khin, and the Court's files and records in this action, that the above-listed property is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 1955(d), and 28 U.S.C. § 2461(c).

3. The Court finds that the above-listed properties: (1) constitute or are derived from proceeds traceable to a violation of 18 U.S.C. § 1955(a) as charged in Count One of the Indictment; and

---

[1] On October 9, 2008, the government obtained seizure warrants for the original cashiers checks made payable to Gul S. Nosar that were seized from the residence he controlled. The seizure warrants authorized the government to seize and negotiate the cashiers checks. The seizure warrants were executed and the above-listed cashiers checks (b and c) were delivered to the U.S. Marshals Service.

1 (2) constitute property, including money, used in violation of 18
2 U.S.C. § 1955(a) as charged in Count One of the Indictment.
3     4. Within forty-five (45) days from entry of a Final Order of
4 Forfeiture forfeiting the above-listed properties, the U.S. Marshals
5 Service shall return the following properties to defendant Saret
6 Nosar:

      a. A large diamond ring; a gold ring with diamonds and a blue sapphire; and a Rolex watch with diamonds; all seized at the residence controlled by Saret Nosar at 911 New Depot Street, #12, Los Angeles, California, on October 8, 2008.

10     5. Within forty-five (45) days from entry of this Preliminary
11 Order of Forfeiture forfeiting the above-listed properties, the U.S.
12 Marshals Service shall return the following properties to defendant
13 Pang Yean:

      a. Approximately $5,900 in U.S. currency seized in Modesto, California, on October 8, 2008, plus any interest that may have accrued;

      b. Nine gold bars, with an approximate weight of 1.2 ounces each, seized at the residence of Pang Yean at 2040 Minoso Drive, Modesto, California, on October 8, 2008; and

      c. Gold bracelets and a gold necklace, seized at the residence of Pang Yean at 2040 Minoso Drive, Modesto, California, on October 8, 2008.

21     6. Pursuant to 28 U.S.C. § 2461(c) incorporating 21 U.S.C. §
22 853(n) and Local Rule 83-171, the United States shall publish notice
23 of the order of forfeiture.  Notice of this Order and notice of the
24 Attorney General's (or a designee's) intent to dispose of the
25 property in such manner as the Attorney General may direct shall be
26 posted for at least 30 consecutive days on the official internet
27 government forfeiture site www.forfeiture.gov.  The United States
28 may also, to the extent practicable, provide direct written notice

1 to any person known to have alleged an interest in the property that
2 is the subject of the order of forfeiture as a substitute for
3 published notice as to those persons so notified.
4     7.   This notice shall state that any person, other than the
5 defendants, asserting a legal interest in the above-listed property,
6 must file a petition with the Court within sixty (60) days from the
7 first day of publication of the Notice of Forfeiture posted on the
8 official government forfeiture site, or within thirty (30) days from
9 receipt of direct written notice, whichever is earlier.
10     8.   If a petition is timely filed, upon adjudication of all
11 third-party interests, if any, this Court will enter a Final Order
12 of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. §
13 1955(d), and 28 U.S.C. § 2461(c), in which all interests will be
14 addressed.
15     9.   The Court shall retain jurisdiction to enforce this Order,
16 and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).
17     SO ORDERED this 16th day of September, 2009.

                                              /s/ John A. Mendez
                                              JOHN A. MENDEZ
                                              United States District Judge