UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable John A. Mendez
United States District Judge
Sacramento, California

                            RE:    Saret NOSAR
                                    Docket Number:  2:08CR00512-01
                                    **PERMISSION TO TRAVEL**
                                    **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is currently being supervised by the Central District of California.  The releasee is requesting permission to travel to Cambodia.  He is current with all supervision obligations, and the probation officer (in the Central District of California) recommends approval be granted.

**Conviction and Sentencing Date:**  On December 12, 2009, Saret Nosar was sentenced for the offense(s) of 18 USC 1955(a) - Conducting An Illegal Gambling Business.

**Sentence imposed:**  1 year, 1 day with the Bureau of Prisons; 36 month term of supervised release; $100 special assessment.  Special Conditions:  1) Submit to search; 2) Financial disclosure; 3) No new lines of credit; 4) Participate in mental health treatment; 5) Aftercare co-payment; and 6) Not participate in gambling activities.

**Dates and Mode of Travel:**  February 8, 2012 to March 15, 2012.

**Purpose:**  Mr. Nosar would like to travel to visit his aunt who is very ill in Cambodia.  He plans to travel with his mother.

**RE:    Saret NOSAR**
**       Docket Number:   2:08CR00512-01**
**       <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**


                          Respectfully Submitted,


                          /s/Terry Sherbondy for
                          **MICHAEL A. SIPE**
                          **Supervising United States Probation Officer**

**DATED:**     Febrary 6, 2012
              Sacramento, California
              MAS/cp

---

**ORDER OF THE COURT:**

Approved      X                         Disapproved _____


_____2/7/2012_____                    /s/ John A. Mendez
**Date**                                **JOHN A. MENDEZ**
                                        **United States District Judge**