**MICHAEL D. LONG**
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone: (916) 201-4188
Facsimile: (916) 442-8299
Email: Mike.Long.Law@msn.com

Attorney for SARAT NOSAR

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>     vs.<br><br>SARAT NOSAR,<br><br>            Defendant | Case No.: 2:08-cr-00512-JAM-1<br><br>**REQUEST TO EXONERATE BOND; ORDER**<br><br>**Judge: Carolyn K. Delaney** |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant SARAT NOSAR, that the secured property bond posted to secure defendant his release may be exonerated and the property used to secure the bond be reconveyed to the sureties.

On October 9, 2008, Sarat Nosar was arrested on an out-of-district warrant and he was arraigned in the Central District of California in CDCA magistrate case 08-mj-02419. He posted an appearance bond in the amount of $35,000, [CDCA ECF 8] secured by the equity in 1431 Sunshine Court, San Gabriel, California, 91766, which was legally owned by Sarat Nosar and his ex-wife May T. Huynh [CDCA ECF 10 and 11].

On October 14, 2008, Sarat Nosar was arraigned by then Magistrate Judge Kimberly Mueller. Judge Mueller "granted continuing release on conditions imposed in Central District." [EDCA ECF

- 1 -

entry 6.] Mr. Nosar pleaded guilty on September 1, 2009. [EDCA ECF 49 & 50.] Mr. Nosar was sentenced on December 8, 2009. [EDCA ECF 62 & 65.] Mr. Nosar has served his federal sentence and is now out of custody. Accordingly, the secured appearance bond for his release should be exonerated and the property reconveyed back to the surety.

For the convenience of the court, CDCA ECF documents 8, 10 and 11 are attached hereto.

Respectfully submitted,

Dated: April 11, 2019

MICHAEL D. LONG
Attorney at Law

/s/ Michael D. Long
Michael D. Long
Attorney for SARAT NOSAR

Dated: April 11, 2019

McGREGOR SCOTT
United States Attorney

/s/ Camil Skipper
Camil Skipper
Assistant United States Attorney

ORDER

The Bond for defendant Sarat Nosar is exonerated. The Clerk of the Court shall reconvey the property, 1431 Sunshine Court, San Gabriel, California, 91766, to the owners.

IT IS SO ORDERED.

Dated: April 12, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE